## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| v. | CRIMINAL NO. 26-271 ( PAD) |
| ERNESTO CASTRO, Defendant | VIOLATION: 8 U.S.C. §§ 1326(a) & (b)(1) (ONE COUNT) |

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2026 JUL 1 PM1:47

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Re-entry of Removed Alien
**(Title 8, *United States Code*, Sections 1326(a) & (b)(1))**

On or about June 10, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**ERNESTO CASTRO,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States after a felony conviction, attempted to enter the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Sections 1326(a) and (b)(1).

W. STEPHEN MULDROW
United States Attorney

TRUE BILL

Foreperson
Dated: 7/1/2026

Jenifer Y. Hernandez-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

Manuel MunizLorenzi
Assistant United States Attorney